ORIGINAL

DS137908

2022 APR 27 PM 2:05

DEPUTY CLERK_____ mwo

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CASE NO. _____

| | |
|---|---|
| GEOFFREY WATTIKER )<br>Plaintiff, Pro Se )<br>)<br>v. )<br>)<br>ELSENBARY ENTERPRISES, INC., )<br>   D/B/A ELSENBARY HAULERS, )<br>TAGHRID TRANSPORTATION, INC. )<br>TAGHRID RAGAB, )<br>MEDO HASSAN, )<br>MARKEL INSURANCE COMPANY, )<br>    Defendants. )<br>_____) | **3-22CV0940-B**<br><br>COMPLAINT AND<br>DEMAND FOR A JURY |

Plaintiff, GEOFFREY WATTIKER (hereinafter, "Plaintiff" or "Wattiker"), as and for his complaint against Defendants, alleges as follows:

### JURISDICTION OF THE COURT

{1} Plaintiff invokes the jurisdiction of this Court under Title 28, Section 1331 of the United States Code in respect of the first count in this complaint, and under Title 28, Section 1332(a)(1) of the United States Code, as well as pendant and supplemental jurisdiction as to the remaining counts. The amount of damages exceeds $10,000.00

1

## VENUE

{2} Venue is proper for this action under 28 USC 1391(b)(2) and (3) because the damaged cargo described in this Complaint was delivered to Plaintiff in this district by Defendants, Elsenbary Enterprises Inc. D/B/A Elsenbary Haulers, (hereafter, "Elsenbary"), and Taghrid Ragab, (hereafter "Ragab"), and Medo Hassan, (hereafter, "Hassan"). Upon information and belief, all of the Defendants do business within this District.

## THE PARTIES

{3} Geoffrey Wattiker, ("Plaintiff"), a person of full age and majority, and is a citizen and resident of Dallas, Texas, whose address is 5208 Longview Street, Dallas, TX 75206.

{4} Elsenbary is a corporation organized and existing under the laws of the State of North Carolina with it principal address at 1606 Bay Meadows Ave. N.W. Concord, North Carolina. Its registered agent for the service of process is Defendant Medo Hassan who has the same address as the corporation.

{5} Medo Hassan is the President of Elsenbary. He is a resident of the State of North Carolina, and he resides at the address listed above.

{6} Elsenbary engages in interstate motor vehicle transportation, including in and through the State of Texas. It operates two or more trucks with one or more single-vehicle or multi-vehicle carrier trailers designed to transport motor vehicles. It is licensed by United States Department of Transportation as an interstate motor carrier.

{7} According to documents filed with the US DOT, Elsenbary has two drivers, and upon information and belief, Hassan and Ragab are the sole owner-operators, and are also drivers employed by Elsenbary. Upon information and belief, Hassan and one other individual were the drivers of the truck which delivered the Vehicle in damaged condition.

{8} Taghrid Transportation, Inc.(hereinafter, "Taghrid"), is a corporation organized and existing under the laws of the state of North Carolina, with its principal address at 1606 Bay Meadows Ave. N.W.. Concord, North Carolina, and its registered agent for service of process is Medo Hassan at the same address. Upon information and belief, Taghrid Transportation is an alternate name used by Elsenbary.

{9} Markel Insurance Company, ("Markel"), is a corporation organized and existing under the laws of Illinois, with its principal place of business located at 4521 Highwood Parkway, Glen Allen, Virginia, 23060. Markel is a wholly owned subsidiary of Markel Corporation, and its registered agent for the service of process is CT Corporation System, 4701 Cox Rd., #285, Glen Allen, Virginia, 23060.

## GENERAL FACTS

{10} Elsenbary is a contract carrier specializing in the transport of motor vehicles in intrastate and interstate commerce.

{11} Taghrid Ragab and Medo Hassan are the owners and operators of both Elsenbary and Taghrid.

{12} Markel Insurance is in the business of providing various types of liability, property and casualty insurance, including cargo coverage to businesses engaged in commercial interstate trucking. According to documents maintained by the Federal Motor Carrier Safety Administration, at all times relevant to this complaint Markel provided cargo insurance coverage to Elsenbary under policy number IMTR0512.

{13} On or about October 19, 2021, Plaintiff offered to contract with Defendants Elsenbary, Taghrid, Ragab, and Hassan to transport a motor vehicle, to wit, a 1965 Alfa Romeo GT, (the "Vehicle"), from a location in Cologne, Minnesota to a location in Forney, Texas.

{14} This offer was made through a company named Central Dispatch, and was accepted by Elsenbary, Hassan, Ragab and Taghrid.

{15} On or about October 20, 2021 Elsenbary, Hassan and Ragab picked up the Vehicle in Minnesota in good condition and with no exceptions.

{16} When the Vehicle was delivered by the Defendants to the Plaintiff in Forney, Texas, the Vehicle had suffered severe damage resulting in the rear portion of the Vehicle being crushed.

{17} The damage to the vehicle was the fault of the Defendants, and was not an act of God, or the public enemy, or an act of war, or an act or default of the shipper, or the public authority, nor was it due to the inherent vice or nature of the goods transported.

{18} At the time of delivery there were two drivers who unloaded the Vehicle and immediately removed themselves from the scene. In particular, they unloaded the damaged Vehicle and quickly drove away from the scene at the delivery location.

{19} Plaintiff immediately notified the Defendants of his claim against them and demanded payment.

{20} None of the Defendants have paid anything to compensate Plaintiff for damage to the vehicle.

### COUNT I

## STRICT LIABILITY UNDER 49 USC 14706,

## (THE CARMACK AMENDMENT)

{21} The allegations of paragraphs 1 through 20 are hereby repeated and realleged as if set forth fully herein.

{22} Pursuant to 49 USC Section 14706, a motor carrier is strictly liable for damage to cargo while entrusted to it in interstate commerce.

{23} Therefore, Elsenbary, Ragab and Hassan and Taghrid are strictly liable to the Plaintiff for the damage alleged above.

## COUNT II

## BREACH OF CONTRACT

{24} The allegations of paragraphs 1 through 23 are hereby repeated and realleged as if set forth fully herein.

{25} The Defendants were obligated by their agreement with the Plaintiff to carefully and safely transport the Vehicle from Montana to Forney, Texas.

{26} The Defendants agreed to perform all work in a good and workmanlike manner and to the full satisfaction of the Plaintiff.

{27} The Defendants agreed to take all reasonable precautions for the safety of the Vehicle under their custody, care and service.

{38} The Defendants also agreed that the work would be performed in accordance with generally accepted professional standards, and with due diligence.

{29} The Defendants breached this agreement in that they did not perform the work according to the agreement, did not take reasonable precautions for the safety of the Vehicle, and did not perform the contract in accordance with generally professional standards.

{30} As a result of the Defendants' breach, the Vehicle was delivered in damaged condition, causing the Plaintiff to suffer monetary damages.

## COUNT III

## NEGLIGENCE

{31} The allegations of paragraphs 1 through 30 are hereby repeated and realleged as if set forth fully herein.

{32} The Defendants owed Plaintiff a duty to use ordinary and reasonable care in the loading, transporting and unloading of the Vehicle.

{33} The Defendants failed to use ordinary and reasonable care in the loading, transporting and unloading of the Vehicle in that they:

a.  Loaded the vehicle in a careless and improper manner,

b.  Failed to secure the Vehicle and its doors,

c.  Caused the Vehicle to collide with the trailer,

d.  Caused the Vehicle to collide with other objects,

e.  Failed to secure the Vehicle with coverings appropriate to the conditions,

f.  Exposed the Vehicle to damage from weather, including hail, wind, and windstorm,

g.  Damaged the Vehicle while it was in their possession,

      h. And negligently damaged the Vehicle in ways that may be discovered during the proceedings of this action.

{34} The Defendants' negligence directly and proximately caused damage to the Vehicle, and thereby to the Plaintiff.

{35} Plaintiff is a third party beneficiary under the contract of insurance that the insurance Defendant was required by the US Department of transportation to maintain on behalf of shippers, including the Plaintiff, to cover damage to cargo caused by the Defendants. Consequently, Defendant Markel is liable to the Plaintiff for the damages described herein.

## DEMAND FOR TRIAL BY JURY

{36} The Plaintiff hereby demands a trial by jury on all issues so triable.

**WHEREFORE**, the Plaintiff prays the Court as follows:

1. That the Plaintiff have and recover the actual damages suffered by Plaintiff in the amount of **$17,500.00,**

2. That the Plaintiff have and recover of the Defendant, the costs of this action, including reasonable administrative fees.

3. For such other and further relief as the Court deems to be just and proper.

Respectfully submitted,                        April 27, 2022

_____
Geoffrey Wattiker, Pro se
5208 Longview St.
Dallas, TX 75206
469 769 0063
Porscherescue@Gmail.com

## Certification

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation, (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law, (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery, and (4) the complaint otherwise complies with the requirements of Rule 11 of the Federal Rules of Civil Procedure.

_____
Geoffrey Wattiker
April 27, 2022

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Geoffrey Wattiker

**DEFENDANTS**
Elsenbary Enterprises, Inc., Medo Hassan, Taghrid Ragar, Markel Insurance Company, Federal Transportation, Inc.

**(b)** County of Residence of First Listed Plaintiff: Dallas, TX
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Cabarrus, NC
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

RECEIVED APR 27 2022
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

Attorneys *(If Known)*
Unknown

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS - PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**PRISONER PETITIONS**
Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/Exchange
- [x] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
49 USC 14706 Carmack Amendment
Brief description of cause:
Motor Carrier damage to cargo, to wit, 1965 Alfa Romeo GT

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ 17,500
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE: April 26, 2022
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____