IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GEOFFREY WILLIAM WATTIKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:22-cv-940-B |
| | § | |
| ELSENBARY ENTERPRISES, INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the Court **ENTERS DEFAULT JUDGMENT** as to Plaintiff Geoffrey William Wattiker's Carmack Amendment claim against Defendants Elsenbary Enterprises, Inc., Taghrid Ragab, and Medo Hassan and that Wattiker is **AWARDED** $17,500.00 for actual damages.

**DATE: June 13th, 2023.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE